UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

GERALD R. MOORE,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC. and
JOHN DOES 1-4

    Defendants.

_____/

**COMPLAINT**
**JURY DEMAND**

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

**JURISDICTION AND VENUE**

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1332, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant, NCO, placed telephone calls into this District.

3.    With respect to Plaintiff's claim under the FDCPA, this Court has federal question jurisdiction as the claim arises under federal law – the FDCPA.

4.	With respect to Plaintiff's claim under the TCPA, the Court has both diversity jurisdiction under 28 U.S.C. §1332 and supplemental jurisdiction under 28 U.S.C. §1367. The citizenship of the parties are diverse, Florida and Pennsylvania. Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for damages of up to $1,500 per violation. Accordingly, the amount is controversy is in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction.

## PARTIES

5.	Plaintiff, GERALD R. MOORE, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

6.	Defendant, NCO FINANCIAL SYSTEMS, INC. ("NCO"), is a corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania 19044

7.	Defendant, JOHN DOE 1, is the current creditor on whose behalf, NCO and JOHN DOES 2-4, were attempting to collect the alleged debt. Plaintiff is presently unaware of the name of this individual, will obtain it through discovery and amend his complaint accordingly.

8.	Defendants, JOHN DOES 2-4, are all other debt collectors that have placed calls to Plaintiff's cellular telephone on behalf of JOHN DOE 1. Plaintiff is

presently unaware of the names of these individuals, and will obtain them through discovery and amend his Complaint accordingly.

9. Defendant, NCO, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

10. Defendant, NCO, regularly collects or attempts to collect debts for other parties.

11. Defendant, NCO, is a "debt collector" as defined in the FDCPA.

12. Defendant, NCO, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

13. Because JOHN DOE 1 is the current creditor on whose behalf NCO and JOHN DOES 2-4 placed the calls, it is vicariously liable to Plaintiff with respect to the alleged violations of the TCPA. The Federal Communications Commission has held: "Similarly, a creditor on whose behalf an autodialed or prerecorded message call is made to a wireless number bears the responsibility for any violation of the Commission's rules." FCC, IN THE MATTER OF RULES AND REGULATIONS IMPLEMENTING THE TELEPHONE CONSUMER PROTECTION ACT OF 1991: REQUEST OF ACA INTERNATIONAL FOR CLARIFICATION AND DECLARATORY RULING, 07-232, ¶10, (2007), ("FCC RUL. 07-232").

## FACTUAL ALLEGATIONS

14. Defendant, NCO, sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes, actually due by some other person.

15. Defendant, NCO, left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

December 15, 2007 at 10:26 AM – Cellular Phone – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back today toll-free at 1-800-273-6816. When calling us back, the reference ID is OHA976. Once again, the number is 800-273-6816. Thank you. Goodbye.

December 18, 2007 at 12:58 PM – Cellular Phone – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back today toll-free at 1-800-273-6816. When calling us back, the reference ID is OHA976. Once again, the number is 800-273-6816. Thank you. Goodbye.

December 20, 2007 at 1:37 PM – Cellular Phone – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back today toll-free at 1-800-273-6816. When calling us back, the reference ID is OHA976. Once again, the number is 800-273-6816. Thank you. Goodbye.

December 21, 2007 at 10:58 AM – Cellular Phone – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back today toll-free at 1-800-273-6816. When

calling us back, the reference ID is OHA976. Once again, the number is 800-273-6816. Thank you. Goodbye.

December 22, 2007 at 9:54 AM – Cellular Phone – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back today toll-free at 1-800-273-6816. When calling us back, the reference ID is OHA976. Once again, the number is 800-273-6816. Thank you. Goodbye.

May 22, 2010 at 11:49 AM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Senjay Patek back today at 800-979-6560. Once again the number is 800-979-6560. When calling please use reference ID: OHA976. Thank you. Goodbye.

May 27, 2010 at 4:28 PM – Cellular Phone – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Mohan Sude at 866-576-1447. Again that's Mohan Sude at 866-576-1447. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.

June 4, 2010 at 12:18 PM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID OHA976. Thank you. Goodbye.

June 5, 2010 at 1:22 PM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today

at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID: OHA976. Thank you. Goodbye.

June 7, 2010 at 9:40 AM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID: OHA976. Thank you. Goodbye.

June 8, 2010 at 12:07 PM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID: OHA976. Thank you. Goodbye.

June 9, 2010 at 12:00 PM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID: OHA976. Thank you. Goodbye.

June 11, 2010 at 8:45 AM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanat Patel back today at 866-576-1447. Once again, the number is 866-576-1447. When calling please use reference ID: OHA976. Thank you. Goodbye.

June 13, 2010 at 11:03 AM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanat Patel back today at 866-576-1447. Once again,

the number is 866-576-1447. When calling please use reference ID: OHA976. Thank you. Goodbye.

<u>June 14, 2010 at 12:27 PM – Cellular Phone – Pre-Recorded Message</u>
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID: OHA976. Thank you. Goodbye.

<u>June 15, 2010 at 3:39 PM – Cellular Phone – Pre-Recorded Message</u>
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Mohan Sude at 866-576-1447. Again that's Mohan Sude at 866-576-1447. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.

<u>June 16, 2010 at 9:59 AM – Cellular Phone – Pre-Recorded Message</u>
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID: OHA976. Thank you. Goodbye.

<u>June 17, 2010 at 12:07 PM – Cellular Phone – Pre-Recorded Message</u>
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID: OHA976. Thank you. Goodbye.

<u>June 18, 2010 at 10:21 AM – Cellular Phone – Pre-Recorded Message</u>
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again,

the number is 800-979-6560. When calling please use reference ID: OHA976. Thank you. Goodbye.

June 19, 2010 at 12:23 PM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID: OHA976. Thank you. Goodbye.

June 21, 2010 at 10:50 AM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanat Patel back today at 866-576-1447. Once again, the number is 866-576-1447. When calling please use reference ID: OHA976. Thank you. Goodbye.

June 22, 2010 at 12:20 PM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID: OHA976. Thank you. Goodbye.

June 23, 2010 at 12:05 PM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanat Patel back today at 866-576-1447. Once again, the number is 866-576-1447. When calling please use reference ID: OHA976. Thank you. Goodbye.

June 24, 2010 at 1:52 PM – Cellular Phone – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again,

the number is 800-979-6560. When calling please use reference ID: OHA976. Thank you. Goodbye.

<u>June 25, 2010 at 11:26 AM – Cellular Phone – Pre-Recorded Message</u>
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID OHA976. Thank you. Goodbye.

<u>June 26, 2010 at 2:00 PM – Cellular Phone – Pre-Recorded Message</u>
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID OHA976. Thank you. Goodbye.

<u>June 27, 2010 at 12:10 PM – Cellular Phone – Pre-Recorded Message</u>
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanat Patel back today at 866-576-1447. Once again, the number is 866-576-1447. When calling please use reference ID: OHA976. Thank you. Goodbye.

<u>June 28, 2010 at 12:41 PM – Cellular Phone – Pre-Recorded Message</u>
Hello. This is an important message from NCO Financial Systems. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sanjay Patek back today at 800-979-6560. Once again, the number is 800-979-6560. When calling please use reference ID OHA976. Thank you. Goodbye.

16.    Defendant, NCO, left similar or identical messages on other

occasions. (Collectively, "the telephone messages").

17. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

18. Because Defendant, NCO's, messages fail to identify the intended recipient, it is impossible to determine if the message is intended for Plaintiff or some other party and consequently the messages fail to state the purpose of the calls.

19. Plaintiff initially believed Defendant, NCO, was attempting to collect a debt he owed but has since determined that he is not indebted with respect to the alleged debt and that it is a debt actually due by some other person.

20. It is harassing to telephone a person who does not owe the debt and then require the non-obligated party to listen to and respond to repetitive automated telephone messages.

21. Defendant, NCO, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

22. None of Defendant, NCO's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

## COUNT I
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

23. Plaintiff incorporates Paragraphs 1 through 19.

24. Because Defendant, NCO's messages fail to identify the intended recipient, it is impossible to determine if the message is intended for Plaintiff or some other party and consequently the messages fail to state the purpose of the calls in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, NCO, for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

### COUNT II
### TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

25. Plaintiff incorporates Paragraphs 1 through 19.

26. Defendant, NCO, engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone, in violation of 15 U.S.C §1692d. See Order Denying Defendants' Motion to Dismiss Count IV (DE 19), *Clarke, Kerryjoe N. v Weltman, Weinberg & Reis, Co., et al.,* Case No.: 10-60600-Civ-Cohn/Seltzer (S.D. Fla July 15, 2010), (holding that the same conduct can separately support a violation of both the FDCPA and TCPA).

11

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, NCO, for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

27.    Plaintiff incorporates Paragraphs 1 through 19.

28.    Defendant, NCO and JOHN DOES 2-4, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, NCO and JOHN DOE 1-4 for:

    a.    Damages;

    b.    a declaration that Defendant, NCO and JOHN DOES 2-4,'s calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice of the called party; and

  d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Ft. Lauderdale, FL 33339
        Telephone: 954-537-2000
        Facsimile: 954-566-2235
        donyarbrough@mindspring.com


 By: s/ Donald A. Yarbrough
   Donald A. Yarbrough, Esq.
   Florida Bar No. 0158658